**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 15-61537-CIV-GAYLES

**MYCOSKIE, LLC**,

       Plaintiff,

vs.

**2015TOMSONSALE.COM,** *et al.*,

       Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter is before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendants [ECF No. 33], filed on December 17, 2015. The Court granted the Motion in a separate Order [ECF No. 34]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final default judgment. Therefore it is

**ORDERED AND ADJUDGED** that a Final Default Judgment is hereby entered in favor of Plaintiff, Mycoskie, LLC, and against the Defendants identified on Schedule "A" hereto (collectively "Defendants") as follows:

    1.    Permanent Injunctive Relief:

Defendants and their officers, agents, servants, and employees, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell goods using counterfeits or infringements of Plaintiff's TOMS trademarks identified in Paragraph 18 of the Complaint (collectively, the "TOMS Marks);

        b.    using the TOMS Marks in connection with the sale of any unauthorized goods;

    c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the Internet websites operating under the domain names identified on Schedule "A" hereto (collectively the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Subject Domain Names and/or any other website, domain name, or business, are in any way endorsed by, approved by, and/or associated with Plaintiff;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the TOMS Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Subject Domain Names and/or any other website, domain name, or business;

    g.    affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Subject Domain Names and/or any other website, domain name or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

    h.    otherwise unfairly competing with Plaintiff;

    i.    using the TOMS Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2.    Additional Equitable Relief:

    a.    In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the

    Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer those Subject Domain Names to Plaintiff; and

 b. Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

3. Statutory damages pursuant to 15 U.S.C. § 1117(c):

 a. Award Plaintiff damages of $150,000.00 against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue.

4. Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(d):

 a. $40,000.00 against Defendant 1 - 2015tomsonsale.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 b. $10,000.00 against Defendant 5 - beautytomsshoes.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 c. $10,000.00 against Defendant 6 - besttomsshoesmall.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 d. $10,000.00 against Defendant 7 - kjoptomsnorge.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 e. $10,000.00 against Defendant 8 - buymytomsau.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 f. $110,000.00 against Defendant 9 - cheapstomsoutlet2014.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 g. $20,000.00 against Defendant 10 - cheaptoms-outlet-sale.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

 h. $50,000.00 against Defendant 11 - cheaptomsshoescanda.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  i.  $30,000.00 against Defendant 12 - freshtomsmall.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  j.  $50,000.00 against Defendant 13 - tomsoutletstore2014.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  k.  $10,000.00 against Defendant 15 - 2015tomsonsale.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  l.  $60,000.00 against Defendant 19 - tomsone.net, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  m.  $10,000.00 against Defendant 21 - tomsfactorysale.org, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  n.  $10,000.00 against Defendant 24 - saletomsonline4u.us, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  o.  $40,000.00 against Defendant 25 - shoestomsoutle.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  p.  $10,000.00 against Defendant 26 - tomscanvas2015.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  q.  $20,000.00 against Defendant 28 - tomoutlets.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  r.  $40,000.00 against Defendant 29 - toms19.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  s.  $10,000.00 against Defendant 30 - toms2buy.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  t.  $10,000.00 against Defendant 31 - tomsamsterdam.nl, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  u.  $10,000.00 against Defendant 32 - tomsbeautyshoes.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  v.  $10,000.00 against Defendant 33 - tomsnewfashion.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  w.  $20,000.00 against Defendant 34 - tomsoslobarnsko.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  x.  $20,000.00 against Defendant 35 - tomsoutlet.name, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  y.  $10,000.00 against Defendant 36 - tomsoutletpro.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  z.  $10,000.00 against Defendant 37 - tomsschuhe.de, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  aa.  $10,000.00 against Defendant 38 - tomsshoearea.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  bb.  $10,000.00 against Defendant 39 - tomsshoemallonline.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  cc.  $10,000.00 against Defendant 40 - tomsshoeoutletonline.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  dd.  $10,000.00 against Defendant 41 - tomsshoeoutlets.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  ee.  $10,000.00 against Defendant 42 - tomsshoesbar.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  ff.  $10,000.00 against Defendant 43 - tomsshoesmarket.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  gg.  $10,000.00 against Defendant 44 - tomsshoesofficial.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  hh.  $10,000.00 against Defendant 45 - toms-shoes-online.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  ii.  $10,000.00 against Defendant 46 - tomsshoes-outletonline.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  jj.  $10,000.00 against Defendant 47 - tomsshoesred.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  kk.  $10,000.00 against Defendant 48 - tomsskonorge.net, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

  ll.  $10,000.00 against Defendant 49 - tomsvip.com, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

5. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The bond posted by Plaintiff in the amount of $10,000.00 [ECF No. 10] is hereby ordered released by the Clerk.

7. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

8. The Clerk of Court is directed to **CLOSE** the case. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES

| Defendant Number | Subject Domain Name |
|---|---|
| 1 | 2015tomsonsale.com |
| 1 | 2015viptoms.com |
| 1 | officialtomsoutletstore.com |
| 1 | toms2015onsale.com |
| 2 | actionsportsagency.co.uk |
| 2 | blackrosherunukshop.co.uk |
| 2 | prolibour.com |
| 3 | ameratexenergy.us |
| 4 | bagsite.net |
| 5 | beautytomsshoes.com |
| 6 | besttomsshoesmall.com |
| 7 | billigesalg.com |
| 7 | kjoptomsnorge.com |
| 8 | buymytomsau.com |
| 9 | cheapstomsoutlet2014.com |
| 9 | cheapstomsoutlets2014.com |
| 9 | cheaptomsonline2014.com |
| 9 | tomsoutletonlineclassics.com |
| 9 | tomsoutletonlinesshoe.com |
| 9 | tomsoutletonlinesshoes.com |
| 9 | tomsoutletsonlineclassics.com |
| 9 | tomstoresoutlets.com |
| 9 | cheaptomsoutlets2014.com |
| 9 | tomsoutletsshoesonlines.com |
| 9 | tomsoutletclassicsonlines.com |
| 10 | cheaptoms-outlet-sale.com |
| 10 | tomsshoes-outlet.net |
| 11 | cheaptomsshoescanda.com |
| 11 | lojsp.com |
| 11 | mytomsoutlet.com |
| 11 | shoestomsonline.com |
| 11 | tomsshoes2u.com |
| 11 | tomssportreport.com |
| 12 | coolcanvasguide.com |
| 12 | freshtomsmall.com |
| 12 | tomsshoptrade.com |

7

| Defendant Number | Subject Domain Name |
|---|---|
| 12 | wintertomsmall.com |
| 13 | dontgetittwisted.org |
| 13 | jackdeheer.com |
| 13 | m2xnet.net |
| 13 | tomsoutletstore2014.com |
| 13 | shoesoutlet2015.com |
| 13 | toms2015.com |
| 13 | tomscheapshoe.com |
| 13 | tomsoutletstore2015.com |
| 13 | tomsoutletstoreonline.net |
| 14 | enbag1.com |
| 14 | shxjm.xyz |
| 15 | gotomsshoesoutlet.com |
| 16 | hottestshoetrends.com |
| 16 | made-in-ar.com |
| 16 | thefineshoes.com |
| 17 | land-send.co.uk |
| 18 | myshoehub.net |
| 19 | notosko.com |
| 19 | tomsone.net |
| 19 | tomsono.com |
| 19 | tomsscarpeit.com |
| 19 | tomstosko.com |
| 19 | skotoms.com |
| 19 | uktoms.com |
| 20 | ordershoesworks.com |
| 20 | shoesnewsdiscount.com |
| 21 | orsimcha.org |
| 21 | topcanvas.org |
| 21 | tomsfactorysale.org |
| 22 | percyisland.com |
| 23 | promoshoesforsale.com |
| 24 | saletomsonline4u.us |
| 25 | shoestomsoutle.com |
| 25 | tomsoutlethot.com |
| 25 | tomsshopsale.com |
| 25 | tomsstoresshoes.com |
| 26 | sleekshoemall.com |

| **Defendant Number** | **Subject Domain Name** |
|---|---|
| 26 | tomscanvas2015.com |
| 27 | sneakers4u.net |
| 28 | tomoutlets.com |
| 28 | tomsusza.org |
| 29 | toms19.com |
| 29 | tomsofficaluk.com |
| 29 | toms-sko.net |
| 29 | toms-online.com |
| 30 | toms2buy.com |
| 31 | tomsamsterdam.nl |
| 32 | tomsbeautyshoes.com |
| 33 | tomsnewfashion.com |
| 34 | tomsoslobarnsko.com |
| 34 | tomsoslonorge.com |
| 35 | tomsoutlet.name |
| 35 | tomsshoesoutletonline.name |
| 36 | tomsoutletpro.com |
| 37 | tomsschuhe.de |
| 38 | tomsshoearea.com |
| 39 | tomsshoemallonline.com |
| 40 | tomsshoeoutletonline.com |
| 41 | tomsshoeoutlets.com |
| 42 | tomsshoesbar.com |
| 43 | tomsshoesmarket.com |
| 44 | tomsshoesofficial.com |
| 45 | toms-shoes-online.com |
| 46 | tomsshoes-outletonline.com |
| 47 | tomsshoesred.com |
| 48 | tomsskonorge.net |
| 49 | tomsvip.com |
| 50 | womenshoesfactory.org |